IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

TRAN QUI VAN a/k/a QUI VAN TRAN, )
)
        Petitioner, )
)
vs )  CIVIL ACTION NO. 00-H-1993-E
)
IMMIGRATION AND )
NATURALIZATION SERVICE, )
)
        Respondent. )

**FILED** 01 OCT 11 AM 10:03 U.S. DISTRICT COURT N.D. OF ALABAMA

**ENTERED** OCT 11 2001

## MEMORANDUM OF DECISION

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, the respondent's motion to dismiss is due to be granted and this petition for writ of habeas corpus is due to be dismissed. An appropriate order will be entered.

DONE, this 11th day of October, 2001.

JAMES H. HANCOCK,
Senior United States District Judge